IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| OTHMAN, ET AL., | : | |
| | : | |
| Plaintiff, | : | Case No. 2:23-cv-04042 |
| | : | |
| v. | : | Chief Judge Algenon L. Marbley |
| | : | |
| U.S. DEPARTMENT OF STATE, ET AL., | : | |
| | : | |
| Defendant. | : | |

### ORDER

This matter is before this Court on the parties' Joint Motion to Hold Case in Abeyance pending the processing of Plaintiff Shaista Karim's visa application. (ECF No. 9). Ms. Karim's visa processing—specifically, the alleged delays or incompleteness of Ms. Karim's visa processing—is the basis for the claims asserted in the underlying complaint. (ECF No. 1). Having considered the parties' arguments, the motion to hold this case in abeyance (ECF No. 9) is **GRANTED** for a period of 60 days. Defendants are **DIRECTED** to file a status report on or before April 30, 2024 updating this Court on the status of Ms. Karim's visa application.

IT IS SO ORDERED.

_____
**ALGENON L. MARBLEY**
**CHIEF UNITED STATES DISTRICT JUDGE**

**DATED:** April 5, 2024